John J. Laxague  
Nevada Bar No. 7417  
CANE CLARK LLP  
3272 E. Warm Springs Rd.  
Las Vegas, Nevada 89120  
Tel.: (702) 312-6255  
Fax: (702) 944-7100  
jlaxague@caneclark.com  
*Counsel for the Debtor*

e-filed **March 10, 2011**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

LAS VEGAS GAMING, INC.,

Debtor.

Case No.: BK-S-11-13293

Chapter 11

**MOTION TO DISMISS DUPLICATE CASE AND WAIVE FEES AND/OR REFUND FEES**

Hearing Date: NA  
Hearing Time: NA

Due to an electronic filing error, two cases for this same debtor were opened within a 24-hour time period. The intent of the debtor was to only open one case. The Debtor requests that case number BK-S-11-13293 be dismissed, that the filing fee be waived, and any filing fees collected be refunded, if applicable. The Debtor requests that Case No. BK-S-11-13294 remain open.

Date: March 10, 2011                                /s/ John J. Laxague, Attorney for the Debtor

1